UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDRA HENDER, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN DIRECTIONS WORKFORCE, an unknown business entity; AMERICAN DIRECTIONS GROUP, an unknown business entity; AND DOES 1 THROUGH 100, inclusive,<br><br>Defendants. | Case No. 2:19-cv-01951-KJM-DMC<br><br>**ORDER ON JOINT STIPULATION AND REQUEST TO CONTINUE THE JANUARY 15, 2020 SCHEDULING CONFERENCE**<br><br>Scheduling Conference<br>Date: January 15, 2020<br>Time: 10:00a.m.<br>Crtrm: 304 (Redding) |

1
**[PROPOSED] ORDER**

# ORDER

Having read and considered the Parties' Joint Stipulation and Request to Continue the Scheduling Conference (the "Stipulation") and **GOOD CAUSE APPEARING** therefore, the Court grants the Stipulation and vacates the Scheduling Conference set for January 15, 2020 at 10:00 a.m. in Courtroom 304—3rd Floor in the District Court in Redding, California. The Court will re-set this matter for a date not later than 28 days from Judge Mueller's decision on the pending Motion to Remand or such other date as the Court deems appropriate, and separate notice will then issue.

**IT IS SO ORDERED.**

Dated: December 3, 2019

_____
—
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE